UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| WILLETTA E. TOWNSEND, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:19-CV-80 DDN |
| ) | |
| ANGELA MESMER, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

Dated this 9th day of October, 2019.

_____
DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE